In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of North Castle and Mount Pleasant, Westchester County, New York, etc. Kensico Reservoir, Section No. 4.— The exhaustive briefs and voluminous record have been critically examined. The award attacked is at least fully compensatory to the appellant. It was not made upon an erroneous theory. There is no question of law to discuss, as this is not a proper case for the application of the rule in *Matter of Board of Water Commissioners* (55 App. Div. 77). Order affirmed, with ten dollars costs and disbursements. Burr, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., taking no part.

In the Matter of the Appraisal of the Estate of Robert Dudley Winthrop, Deceased, under the Acts in Relation to Taxable Transfers of Property. Frederic Winthrop, Individually and as Executor, etc., Appellant; William Sohmer, Comptroller of the State of New York, Respondent.— Order of the Surrogate's Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Johnson County Savings Bank, Respondent, v. L. Minor Sherow, Appellant.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Burr, Carr, Rich, Stapleton and Putnam, JJ., concurred.

Samuel Kaplan and Others, Copartners, etc., Appellants, v. David Feinstein and Another, Copartners, etc., Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, on the grounds, *first*, that it affirmatively appears that the terms of the composition agreement were varied from by the defendants without the consent of the plaintiffs, and it does not appear that plaintiffs waived strict performance thereof; and *second*, there is not a fair preponderance of evidence of tender of performance of such agreement to plaintiffs on the part either of defendants or the United Novelty Company. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Henry Kiechlin, Appellant, v. Nassau Electric Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event. (See *Brengel* v. *Hicks*, 157 App. Div. 934.) Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Ludwig Kleinwachter, as Administrator, etc., of Ladislaus Kupecz Deceased, Appellant, v. New York Architectural Terra Cotta Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.